| | |
|---|---|
| TERENCE M. MAGRATH, KAYLA M. MAGRATH and MICHAEL T. MAGRATH<br><br>Plaintiffs,<br><br>vs.<br><br>MEDTRONIC MINIMED, INC., a Delaware corporation; MEDTRONIC, INC., a Minnesota corporation; AND DOES 1 through 100, inclusive<br><br>Defendants. | Case No: CV 19-1344-GW-Ex<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to the Stipulation of Dismissal with Prejudice filed by the parties,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation of Dismissal with Prejudice filed by the parties shall be, and is hereby, adopted by the Court and incorporated by reference.

2. The above-entitled action, and any and all claims made therein, shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees to any party.

SO ORDERED this the 16th day of September, 2019.

*George H. Wu*
_____
Hon. George H. Wu
United States District Judge